# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ASTRID LISSETTE REYES,

    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

NO. 2:15-CV-08726-VEB

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920**

    IT IS ORDERED that EAJA fees and expenses are awarded in the amount of four thousand, five hundred sixty two dollars and eighty seven cents ($4,562.87), and costs pursuant to 28 U.S.C. § 1920 in the amount of four hundred dollars and no cents ($400.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: January 24, 2017    /s/Victor E. Bianchini

                                  HON. VICTOR E. BIANCHINI
                                  UNITED STATES MAGISTRATE JUDGE